# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3107

MFA Enterprises, Inc., doing business as West Central Agri Services

Petitioner

v.

Occupational Safety and Health Review Commission and Secretary of Labor

Respondents

_____

Petition for Review of an Order of the Occupational Safety & Health Review Commission
(21-0725)
_____

**ORDER**

The motion of respondent for an extension of time until January 30, 2026, to file a petition for rehearing is granted.

Electronically-filed petitions for rehearing <u>must</u> be received in the clerk's office on or before the due date.

The three-day mailing grace under Fed.R.App.P. 26(c) does not apply to petitions for rehearing.

December 12, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler